DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O Box 50013
San Jose, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

In re:

Blake Hurley McDonald

Elsie Botilda McDonald

        Debtor(s)

Chapter 13
Case No. 13-51383CN

TRUSTEE'S OBJECTION TO CONFIRMATION WITH CERTIFICATE OF SERVICE

341 Meeting: Date: May 1, 2013 @ 9:45AM
Confirmation Date: May 15, 2013
Confirmation Time: 1:55PM

Judge: Charles Novack

Devin Derham-Burk, Trustee in the above matter, objects to the Confirmation of this 0% Plan for the following reasons:

1. The Trustee is unable to perform her duties under 11 U.S.C. §1302(b)(1) (incorporating 11 U.S.C. §704(a)(4)) because the debtor has not provided her with the tax return for the tax year 2012. Until this tax return has been provided, she is unable to recommend confirmation of the proposed Plan.

Trustee's Obj to Confirmation 13-51383CN–

1

Case: 13-51383    Doc# 13    Filed: 04/30/13    Entered: 04/30/13 14:38:40    Page 1 of 3

2. The Trustee requests debtors provide proof that the Trust listed on Schedule B – Personal Property, is a Spendthrift Trust.

3. The debtors have failed to list their ongoing monthly payment in the amount of $300.00 for their Second Deed of Trust on the real property located at 47 Encina Drive, Carmel Valley, California, 93924, on Schedule J.

4. The Plan is in violation of 11 U.S.C. Section 1325(a)(4) in that there is non-exempt equity in the debtors' personal property of approximately $10,153.20. Based on the above, unsecured creditors are entitled to receive no less than $10,153.20. Therefore, the Trustee requests debtors add the following language to the Plan: "Notwithstanding Section 2(e), the Plan shall not complete until unsecured creditors receive a minimum of $10,153.20."

Dated: April 30, 2013　　　　　　　　　　　　/S/ Devin Derham-Burk
　　　　　　　　　　　　　　　　　　　　　　——————————————————
　　　　　　　　　　　　　　　　　　　　　　Chapter 13 Trustee

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE BY MAIL** |
| 2 | |

I declare that I am over the age of 18 years, not a party to the within cause; my business address is 983 University Ave. C-100, Los Gatos, California 95032. I served a copy of the within Trustee's Objection to Confirmation by placing same in an envelope in the U.S. Mail at Los Gatos, California on April 30, 2013.

Said envelopes were addressed as follows:

| Blake & Elsie McDonald | Law Offices of Christopher Alliotts Inc. |
|---|---|
| 47 Encina Drive | 60 West Alisal Street Suite 10 |
| Carmel Valley, CA  93924 | Salinas, CA  93901 |

/S/ Lesley M. Hansen
_____
Office of Devin Derham-Burk, Trustee

Trustee's Obj to Confirmation 13-51383CN–

3