1  DEVIN DERHAM-BURK #104353
   CHAPTER 13 STANDING TRUSTEE
   P O Box 50013
2  San Jose, CA 95150-0013
3
   Telephone: (408) 354-4413
   Facsimile: (408) 354-5513
4
5  Trustee for Debtor(s)
6
7
           UNITED STATES BANKRUPTCY COURT
8         NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5
9
10 In re:                          )
                                   )
                                   )   Chapter 13
11 Blake Hurley McDonald           )   Case No. 13-51383CN
                                   )
12                                 )   FIRST AMENDED TRUSTEE'S OBJECTION
                                   )   TO CONFIRMATION WITH CERTIFICATE
13 Elsie Botilda McDonald          )   OF SERVICE
                                   )
14                                 )   Continued 341 Meeting: Date: May 22, 2013 @
                                   )   11:45AM
15                                 )   Confirmation Date: N/A – Trustee's Pending List
                                   )
16                                 )   Judge: Charles Novack
                                   )
17            Debtor(s)            )
   _____
18
19 Devin Derham-Burk, Trustee in the above matter, objects to the Confirmation of this 0% Plan for
20 the following reasons:
21
22    1.  The Trustee is unable to perform her duties under 11 U.S.C. §1302(b)(1) (incorporating
23        11 U.S.C. §704(a)(4)) because the debtor has not provided her with the tax return for the
24        tax year 2012. Until this tax return has been provided, she is unable to recommend
25        confirmation of the proposed Plan.
26
27
28

                                                    Trustee's Obj to Confirmation 13-51383CN–
                                   1

2.   The Trustee requests debtors provide proof that the Trust listed on Schedule B – Personal Property, is a Spendthrift Trust.

3.   The debtors have failed to list their ongoing monthly payment in the amount of $300.00 for their Second Deed of Trust on the real property located at 47 Encina Drive, Carmel Valley, California, 93924, on Schedule J.

4.   The Plan is in violation of 11 U.S.C. Section 1325(a)(4) in that there is non-exempt equity in the debtors' personal property of approximately $10,153.20.  Based on the above, unsecured creditors are entitled to receive no less than $10,153.20.  Therefore, the Trustee requests debtors add the following language to the Plan:  "Notwithstanding Section 2(e), the Plan shall not complete until unsecured creditors receive a minimum of $10,153.20."

5.   The debtor has failed to provide the Trustee with either or both 1)a government-issued photo identification, or 2) proof of a social security number.  *See* 11 U.S.C. §521(h). Without being able to establish the identity of the debtor, the Trustee is unable to adequately investigate the financial affairs of the debtor or recommend confirmation. The Trustee requests that the debtor provide her with verification of both identity and social security number.

6.   The Trustee requests a copy of the James M. McDonald Spendthrift Trust.

//
//
//
//

Trustee's Obj to Confirmation 13-51383CN–

1
2

7. The Trustee requests an accounting sheet for the James M. McDonald Spendthrift Trust for 2012.

3
4
5
6
7

Dated: April 30, 2013

/S/ Devin Derham-Burk

8

_____

Chapter 13 Trustee

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Trustee's Obj to Confirmation 13-51383CN–

# CERTIFICATE OF SERVICE BY MAIL

I declare that I am over the age of 18 years, not a party to the within cause; my business address is 983 University Ave. C-100, Los Gatos, California 95032.  I served a copy of the within Trustee's Objection to Confirmation by placing same in an envelope in the U.S. Mail at Los Gatos, California on April 30, 2013.

Said envelopes were addressed as follows:

| Blake & Elsie McDonald<br>47 Encina Drive<br>Carmel Valley, CA  93924 | Law Offices of Christopher Alliotts Inc.<br>60 West Alisal Street Suite 10<br>Salinas, CA  93901 |
|---|---|

/S/ Lesley M. Hansen

_____

Office of Devin Derham-Burk, Trustee

Trustee's Obj to Confirmation 13-51383CN–

4