DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O Box 50013
San Jose, CA 95150-0013

Telephone: (408) 354-4413
Facsimile:  (408) 354-5513

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

In re:

Blake Hurley McDonald

Elsie Botilda McDonald

Debtor(s)

Chapter 13
Case No. 13-51383CN

SECOND AMENDED TRUSTEE'S OBJECTION TO CONFIRMATION WITH CERTIFICATE OF SERVICE

Confirmation Date: N/A – Trustee's Pending List

Judge: Charles Novack

Devin Derham-Burk, Trustee in the above matter, objects to the Confirmation of this 0% Plan for the following reasons:

1. The Trustee is unable to perform her duties under 11 U.S.C. §1302(b)(1) (incorporating 11 U.S.C. §704(a)(4)) because the debtor has not provided her with the tax return for the tax year 2012. Until this tax return has been provided, she is unable to recommend confirmation of the proposed Plan.

Trustee's Obj to Confirmation 13-51383CN–

1

2. The Trustee requests debtors provide proof that the Trust listed on Schedule B – Personal Property, is a Spendthrift Trust.

3. The Trustee requests a copy of the James M. McDonald Spendthrift Trust.

4. The Trustee requests an accounting sheet for the James M. McDonald Spendthrift Trust for 2012.

5. The First Amended Plan is in violation of 11 U.S.C. Section 1322(d) in that the term exceeds sixty months. As proposed, the First Amended Plan is approximately 78 months.

Dated: June 18, 2013 /S/ Devin Derham-Burk
_____

Chapter 13 Trustee

Trustee's Obj to Confirmation 13-51383CN–

2

Case: 13-51383    Doc# 23    Filed: 06/18/13    Entered: 06/18/13 14:33:33    Page 2 of 3

# CERTIFICATE OF SERVICE BY MAIL

I declare that I am over the age of 18 years, not a party to the within cause; my business address is 983 University Ave. C-100, Los Gatos, California 95032. I served a copy of the within Trustee's Objection to Confirmation by placing same in an envelope in the U.S. Mail at Los Gatos, California on June 18, 2013.

Said envelopes were addressed as follows:

| Blake & Elsie McDonald<br>47 Encina Drive<br>Carmel Valley, CA 93924 | Law Offices of Christopher Alliotts Inc.<br>60 West Alisal Street Suite 10<br>Salinas, CA 93901 |

/S/ Lesley M. Hansen

Office of Devin Derham-Burk, Trustee

Trustee's Obj to Confirmation 13-51383CN–