DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In Re: | Chapter 13 |
| BLAKE HURLEY MCDONALD | Case No. 13-51383 CN |
| ELSIE BOTILDA MCDONALD | **WITHDRAWAL OF TRUSTEE'S OBJECTION TO DEBTOR'S CLAIM OF EXEMPTIONS WITH CERTIFICATE OF SERVICE** |
| Debtors | |

DEVIN DERHAM-BURK in the above entitled matter hereby withdraws her Objection to Debtor's Claim of Exemptions filed on April 30, 2013 for the following reason(s):

The debtors have filed and or provided the necessary amendments to resolve the Trustee's Objection.

Dated: June 20, 2013          /s/ DEVIN DERHAM-BURK
                              Chapter 13 Standing Trustee

# CERTIFICATE OF SERVICE BY MAIL

I hereby declare that I am over the age of 18 years, not a party to the within cause; my business address is 983 University Ave., Bldg. C-100, Los Gatos, CA 95032. I served a copy of the within Withdrawal of Trustee's Objection to Exemptions by placing same in an envelope in the U.S. Mail at Los Gatos, California on June 20, 2013. Said envelopes were addressed as follows:

BLAKE HURLEY MCDONALD
ELSIE BOTILDA MCDONALD
47 ENCINA DR
CARMEL VALLEY, CA 93924

LAW OFFICES OF CHRISTOPHER ALLIOTTS
60 W ALISAL ST #10
SALINAS, CA 93901

Dated: June 20, 2013          /s/ Danielle Lederman
                              Office of DEVIN DERHAM-BURK
                              Chapter 13 Standing Trustee