CAMPEAU GOODSELL SMITH, L.C.
SCOTT L. GOODSELL, #122223
WILLIAM J. HEALY, #146158
440 N. 1st Street, Suite 100
San Jose, California 95112
Telephone: (408) 295-9555
Facsimile: (408) 295-6606

ATTORNEYS FOR
Campeau Goodsell Smith, L.C.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

In re:                                                    ) Case No. 13-51383 CN
                                                          )
BLAKE HURLEY MCDONALD                                     ) CHAPTER 13
ELSIE BOTILDA MCDONALD,                                   )
                                                          ) **OBJECTION TO DEBTORS' FIRST**
                        Debtors.                          ) **AMENDED CHAPTER 13 PLAN**
                                                          )

Come Now, Creditor Campeau Goodsell Smith, L.C. ("CGS" or "Objecting Party") and submits the following Objection to Debtors' First Amended Chapter 13 Plan (Doc#22) ("Amended Plan") filed by on May 30, 2013 by Debtors Blake Hurley McDonald and Elsie Botilda McDonald (jointly "Debtors") as follows:

**I.   The Amended Plan Was Not Served On The Objecting Party.**

Objecting Party was not served with the Amended Plan.

From approximately October 2007 and through October 2008 Objecting Party served as Debtors' counsel during Debtors' Chapter 11 bankruptcy, In re Blake & Elsie McDonald, U.S.B.C. (ND CA) Case No.: 07-53443, which was commenced on October 25, 2007 and dismissed by way of an order dated December 22, 2011 effective January 30, 2012. Objecting Party was not compensated

Case: 13-51383   Doc# 26   Filed: 10/08/13   Entered: 10/08/13 10:49:10   Page 1 of 3

for services provided to the Debtors during their Chapter 11 bankruptcy. Objecting Party provided Debtors with statements of attorney's fees and costs incurred and advanced, Debtors did not assert any objection to any specific entries on Plaintiff's detailed statements or to any statement, on December 6, 2012, Objecting Party provided Debtors with a Notice of Client's Right to Arbitration pursuant to California Business and Professional Code Section 6200, and Debtors did not timely or properly demand arbitration pursuant to California Business and Professional Code Section 6200.

Accordingly, the Amended Plan cannot be confirmed as the Debtors have not provided this creditor with proper notice.

## II. Debtors' Schedules Omit Any Reference To The Objecting Party.

Debtors' schedules and related creditor matrix omit any reference to Objecting Party. As indicated hereinabove, Objecting Party is a creditor of the Debtors for services rendered during their Chapter 11 bankruptcy. Objecting Party should have been listed as a creditor in this bankruptcy case.

Accordingly, the Amended Plan cannot be confirmed as the Debtors have not properly included this creditor in this bankruptcy.

On August 13, 2013 Objecting Party filed a Proof of Claim (Doc#25) and on August 14, 2013 Objecting Party filed the Proof of Claim on the Claims Register (Claim#7-1).

## III. Debtors' Amended Plan Cannot Be Confirmed Because It Does Not Comply With Bankruptcy Code Sections 1325 and 1322.

The First Amended Plan cannot be confirmed because it does not comply with Bankruptcy Code Sections 1325 and 1322 for at least the following reasons: (1) it does not address Objecting Party and therefore violates 11 U.S.C. Section 1322 (a)(3) and 1325 (a)(3); (2) it violates 11 U.S.C. Section 1325(a)(4) in that there is non-exempt equity in the debtors' personal property of approximately $10,153.20; and (3) it violates 11 U.S.C. Section 1322(d) in that the term exceeds sixty months (proposed term is approximately 78 months).

## IV. Objecting Party Incorporates the Objections Asserted By The Chapter 13 Trustee.

Objecting Party incorporates, as though stated fully herein, the objections asserted by the Chapter 13 Trustee (See Doc#13, 19, & 23).

**V. Conclusion**.

Based on the foregoing Objecting Party objects to the Amended Plan. Objecting Party reserves the right to amend or supplement this objection as further information becomes known.

Dated: October 8, 2013   Campeau Goodsell Smith.
/s/William J. Healy, Esq.
William J. Healy, Esq.