B6F (Official Form 6F) (12/07)

In re **Blake Hurley McDonald,**  Case No. __**13-51383**__
     **Elsie Botilda McDonald**
_____,
                                    Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**American Express**<br>**P.O. Box 297871**<br>**Fort Lauderdale, FL 33329** | | C | **Credit Card** | | | | 9,113.00 |
| Account No.<br><br>**Bank of America**<br>**P.O. Box 982235**<br>**El Paso, TX 79998-2235** | | C | **Credit Card** | | | | 28,723.00 |
| Account No.<br><br>**Campeau Goodsell Smith, L.C.**<br>**Scott L. Goodsell**<br>**William J. Healy**<br>**440 N. 1st St., Suite 100**<br>**San Jose, CA 95112** | | C | **Services Provided** | | | | 40,753.11 |
| Account No.<br><br>**Capital One**<br>**P.O. Box 85520**<br>**Richmond, VA 23285-5520** | | C | **Credit Card** | | | | 13,630.00 |

__2__  continuation sheets attached

Subtotal (Total of this page)  **92,219.11**

Case: 13-51383   Doc# 27   Filed: 10/17/13   Entered: 10/17/13 16:25:42   Page 1 of 3
Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                              S/N:37978-131003   Best Case Bankruptcy

In re **Blake Hurley McDonald,**
**Elsie Botilda McDonald**
_____,
                                    Debtors

Case No. **13-51383**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx1622** <br><br> **AllianceOne** <br> **4850 Street Rd., Suite 300** <br> **Feasterville Trevose, PA 19053** | | | **Representing:** <br> **Capital One** | | | | **Notice Only** |
| Account No. **xxx-1621** <br><br> **Debt Assessment Division** <br> **P.O. Box 7775** <br> **San Francisco, CA 94120** | | C | **Notice Only** | | | | 0.00 |
| Account No. **xxxxxx7700** <br><br> **Monterey Credit Union** <br> **P.O Box 3288** <br> **Monterey, CA 93942** | | C | **Balance due on account** | | | | 4,694.00 |
| Account No. **4866** <br><br> **Nationwide Debt Direct, LLC** <br> **3803 Parkwood Blvd, #100** <br> **Frisco, TX 75034** | | C | **Notice Only** | | | | 0.00 |
| Account No. **xxx-xx-x3443** <br><br> **Office of the U.S. Trustee** <br> **280 S. First St., Room 268** <br> **San Jose, CA 95113** | | C | **Notice Only** | | | | 0.00 |

Sheet no. __1__ of __2__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **4,694.00**

In re **Blake Hurley McDonald,** Case No. **13-51383**
**Elsie Botilda McDonald**
                                                        Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx302A**<br><br>**Pioneer Credit Recovery, Inc.**<br>**P.O. Box 979113**<br>**Saint Louis, MO 63197** | | C | Collection Account<br>re: U.S. Department of Justice | | | | 1,248.00 |
| Account No.<br><br>**Sears/CBNA**<br>**P.O. Box 6282**<br>**Sioux Falls, SD 57117** | | C | Credit Card | | | | 10,943.00 |
| Account No.<br><br>**UNVL/Citi**<br>**P.O. Box 6241**<br>**Sioux Falls, SD 57117** | | C | Credit Card | | | | 24,638.00 |
| Account No. **xxxx-xxxx-xxxx-6751**<br><br>**Wells Fargo**<br>**P.O. Box 9210**<br>**Des Moines, IA 50306** | | C | Balance due on account | | | | 19,172.98 |
| Account No. | | | | | | | |

Sheet no. **2** of **2** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **56,001.98**

Total (Report on Summary of Schedules) **152,915.09**