DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O Box 50013
San Jose, CA 95150-0013

Telephone: (408) 354-4413
Facsimile:  (408) 354-5513

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

In re:

Blake Hurley McDonald

Elsie Botilda McDonald

Debtor(s)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Chapter 13
Case No.  13-51383CN

THIRD AMENDED TRUSTEE'S OBJECTION
TO CONFIRMATION WITH CERTIFICATE
OF SERVICE

Confirmation Date: N/A – Trustee's Pending List

Judge: Charles Novack

Devin Derham-Burk, Trustee in the above matter, objects to the Confirmation of this 0% Plan for the following reasons:

1. The Trustee is unable to perform her duties under 11 U.S.C. §1302(b)(1) (incorporating 11 U.S.C. §704(a)(4)) because the debtor has not provided her with the tax return for the tax years 2012 and 2013. Until this tax return has been provided, she is unable to recommend confirmation of the proposed Plan.

2. The Trustee requests a copy of the James M. McDonald Spendthrift Trust.

Trustee's Obj to Confirmation 13-51383CN–

1

1

2    3.  The Trustee requests an accounting for the James M. McDonald Spendthrift Trust for

3        2012 and 2013.

4

5    4.  The First Amended Plan is in violation of 11 U.S.C. Section 1322(d) in that the term

6        exceeds sixty months.  As proposed, the First Amended Plan is approximately 87 months.

7

8

9

10

11  Dated: August 8, 2014               /S/ Devin Derham-Burk

                                          _____

12                                     Chapter 13 Trustee

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case: 13-51383   Doc# 31   Filed: 08/08/14   Entered: 08/08/14 16:21:30   Page 2 of 3

## CERTIFICATE OF SERVICE BY MAIL

I declare that I am over the age of 18 years, not a party to the within cause; my business address is 983 University Ave. C-100, Los Gatos, California 95032.  I served a copy of the within Trustee's Objection to Confirmation by placing same in an envelope in the U.S. Mail at Los Gatos, California on August 8, 2014.

Said envelopes were addressed as follows:

Blake & Elsie McDonald
47 Encina Drive
Carmel Valley, CA  93924

Central Coast Bankruptcy Inc.
532 Pajaro Street Suite 10
Salinas, CA  93901

/S/ Lesley M. Hansen
_____

Office of Devin Derham-Burk, Trustee

Trustee's Obj to Confirmation 13-51383CN–

3