In re    **Blake Hurley McDonald,**
             **Elsie Botilda McDonald**

Case No.    \_\_\_\_**13-51383**_____

                                        Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Credit Card | | | | |
| American Express P.O. Box 297871 Fort Lauderdale, FL 33329 | C | | | | | | | 9,113.00 |
| Account No. | | | | Credit Card | | | | |
| Bank of America P.O. Box 982235 El Paso, TX 79998-2235 | C | | | | | | | 28,723.00 |
| Account No. | | | | Credit | | | | |
| Bianchi, Kasavan & Pope, LLP 450 Lincoln Ave. Suite 200 Salinas, CA 93901 | C | | | | | | | 15,000.00 |
| Account No. | | | | Services Provided | | | | |
| Campeau Goodsell Smith, L.C. Scott L. Goodsell William J. Healy 440 N. 1st St., Suite 100 San Jose, CA 95112 | C | | | | | | | 40,753.11 |
|   **2**    continuation sheets attached | | | | | Subtotal (Total of this page) | | | 93,589.11 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                   S/N:39090-140807    Best Case Bankruptcy

In re    **Blake Hurley McDonald,**
        **Elsie Botilda McDonald**

Case No. _____ **13-51383** _____

Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Credit Card | | | | |
| Capital One P.O. Box 85520 Richmond, VA 23285-5520 | C | | | | | | | 13,630.00 |
| Account No. xxxx1622 | | | | Representing: Capital One | | | | |
| AllianceOne 4850 Street Rd., Suite 300 Feasterville Trevose, PA 19053 | | | | | | | | Notice Only |
| Account No. xxx-1621 | | | | Notice Only | | | | |
| Debt Assessment Division P.O. Box 7775 San Francisco, CA 94120 | C | | | | | | | 0.00 |
| Account No. xxxxxx7700 | | | | Balance due on account | | | | |
| Monterey Credit Union P.O Box 3288 Monterey, CA 93942 | C | | | | | | | 4,694.00 |
| Account No. 4866 | | | | Notice Only | | | | |
| Nationwide Debt Direct, LLC 3803 Parkwood Blvd, #100 Frisco, TX 75034 | C | | | | | | | 0.00 |

Sheet no. __1__ of __2__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **18,324.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

In re    **Blake Hurley McDonald,**             Case No.   **13-51383**
       **Elsie Botilda McDonald**

                                      Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx-xx-x3443**<br><br>**Office of the U.S. Trustee**<br>**280 S. First St., Room 268**<br>**San Jose, CA 95113** | | C | Notice Only | | | | 0.00 |
| Account No. **xxxxxxx302A**<br><br>**Pioneer Credit Recovery, Inc.**<br>**P.O. Box 979113**<br>**Saint Louis, MO 63197** | | C | Collection Account<br>re: U.S. Department of Justice | | | | 1,248.00 |
| Account No.<br><br>**Sears/CBNA**<br>**P.O. Box 6282**<br>**Sioux Falls, SD 57117** | | C | Credit Card | | | | 10,943.00 |
| Account No.<br><br>**UNVL/Citi**<br>**P.O. Box 6241**<br>**Sioux Falls, SD 57117** | | C | Credit Card | | | | 24,638.00 |
| Account No. **xxxx-xxxx-xxxx-6751**<br><br>**Wells Fargo**<br>**P.O. Box 9210**<br>**Des Moines, IA 50306** | | C | Balance due on account | | | | 19,172.98 |

Sheet no. __2__ of __2__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                 Subtotal
                           (Total of this page)      **56,001.98**

                                 Total
          (Report on Summary of Schedules)      **167,915.09**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                            Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of California

In re   **Blake Hurley McDonald**
    **Elsie Botilda McDonald** _____

                                Debtor(s)

Case No.   **13-51383**

Chapter   **13**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **3**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **September 8, 2014** _____

Signature   **/s/ Blake Hurley McDonald** _____
                **Blake Hurley McDonald**
                Debtor

Date   **September 8, 2014** _____

Signature   **/s/ Elsie Botilda McDonald** _____
                **Elsie Botilda McDonald**
                Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.